In the Supreme Court of Georgia

Decided: May 9, 2016

S15G1621. WYCHE v. GEORGIA DEPARTMENT OF
TRANSPORTATION.

PER CURIAM.

We issued a writ of certiorari to review the decision of the Court of
Appeals in this case, see Georgia Dept. of Transp. v. Wyche, 332 Ga. App. 596
(774 SE2d 169) (2015), and we directed the parties to submit briefs upon the
following question:

> Did the Court of Appeals properly find that the plaintiff's
> negligence claims against the Department of Transportation fell
> within the inspections and/or licensing exceptions to the Georgia
> Tort Claims Act's waiver of sovereign immunity, see OCGA § 50-
> 21-24 (8) and (9)?

After briefing and oral argument, however, the parties reached a settlement, and
the parties now have filed a "motion to voluntarily dismiss appeal." Construing
the motion as a motion to vacate the writ of certiorari and withdraw the petition
for a writ of certiorari, we grant the motion, vacate the writ of certiorari in this
case, and allow the petition to be withdrawn.

Writ of certiorari vacated. All the Justices concur.